# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL JEFFRIES, ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:14-cv-01862-KJD-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| LAS VEGAS METROPOLITAN ) | |
| POLICE DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Defendants' Motion for Relief from Early Neutral Evaluation Program (#8), filed November 12, 2014. The motion is unopposed. "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." *See* Local Rule 7-2(d). Additionally, the undersigned has reviewed the motion and operative pleadings in this matter and agrees that the case does not qualify for inclusion in the Court's Early Neutral Evaluation Program. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Relief from Early Neutral Evaluation Program (#8) is **granted**.

**IT IS FURTHER ORDERED** that the Early Neutral Evaluation Session scheduled for January 14, 2015 before United States Magistrate Judge Cam Ferenbach is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Clerk shall remove this case from the Court's Early Neutral Evaluation Program.

DATED: December 2, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**