# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL JEFFRIES,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No. 2:14-CV-01862-KJD-CWH

**ORDER**

    Presently before the Court is Plaintiff's Motion for Stay of Taxation of Costs Pending Appeal (#39). Defendants filed a response in opposition (#44).

    A party seeking to stay an award of costs pending appeal must demonstrate: (1) a probability of success on the merits; (2) the possibility of irreparable harm; (3) that "serious legal questions are raised[;]" and (4) that the "balance of hardships tips sharply in its favor." *Lopez v. Heckler*, 713 F.2d 1432, 1435 (9th Cir. 1983). Here, Plaintiff made no showing on any of the factors. Therefore, Plaintiff has not met his burden and his motion to stay is denied.

**IT IS SO ORDERED**.

    DATED this 1st day of March 2017.

_____
Kent J. Dawson
United States District Judge